**SHA-1 Hash:** FB9554382F176C383BD70156FDC35D99EA14ADE1
**Title:** Busty Construction Girls
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.13.88.228 | 5/7/2012 5:45 | Savoy | IL | Comcast Cable | BitTorrent |
| 2 | 50.129.28.238 | 5/3/2012 18:59 | Champaign | IL | Comcast Cable | BitTorrent |
| 3 | 98.212.21.71 | 5/24/2012 5:55 | Springfield | IL | Comcast Cable | BitTorrent |
| 4 | 98.214.58.125 | 5/6/2012 14:02 | Lincoln | IL | Comcast Cable | BitTorrent |
| 5 | 98.214.67.252 | 5/6/2012 21:51 | Peoria | IL | Comcast Cable | BitTorrent |
| 6 | 98.215.21.150 | 5/7/2012 17:43 | Decatur | IL | Comcast Cable | BitTorrent |
| 7 | 98.215.23.244 | 5/4/2012 16:56 | Decatur | IL | Comcast Cable | BitTorrent |
| 8 | 50.44.138.94 | 5/9/2012 1:59 | Bloomington | IL | Frontier Communications | BitTorrent |
| 9 | 74.84.87.207 | 5/10/2012 8:11 | Rock Island | IL | Mediacom Communications Corporation | BitTorrent |

EXHIBIT A

CIL2