AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☒ ACTION ☐ APPEAL

COURT NAME AND LOCATION
United States District Court
Central District of Illinois
100 N.E. Monroe, Peoria, Illinois

DOCKET NO. 12-1188
DATE FILED 6/14/2012

PLAINTIFF: Malibu Media, LLC

DEFENDANT: John Does 1-34

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA0001783736 | Busty Construction Girls | Patrick Collins, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

DATE INCLUDED:

INCLUDED BY: ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED: ☐ Order ☐ Judgment
WRITTEN OPINION ATTACHED: ☐ Yes ☐ No
DATE RENDERED:

CLERK: Pamela E. Robinson
(BY) DEPUTY CLERK: D. Taghon
DATE: 6/15/12

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy