**SHA-1 Hash:** DC01C9734D05EC1F58F0F17E72AB2F363F0017A4   **Title** Lunchtime Fantasy
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 76.191.24.242 | 4/24/2012 6:42 | Champaign | IL | CMI Broadband | BitTorrent |
| 2 | 173.15.57.137 | 4/10/2012 11:58 | Urbana | IL | Comcast Business Communications | BitTorrent |
| 3 | 173.15.83.69 | 3/26/2012 21:03 | Urbana | IL | Comcast Business Communications | BitTorrent |
| 4 | 75.150.221.45 | 4/14/2012 19:45 | Bloomington | IL | Comcast Business Communications | BitTorrent |
| 5 | 24.12.200.151 | 3/21/2012 19:11 | Champaign | IL | Comcast Cable | BitTorrent |
| 6 | 24.13.133.143 | 5/6/2012 6:27 | Urbana | IL | Comcast Cable | BitTorrent |
| 7 | 24.13.8.25 | 4/6/2012 23:35 | Bloomington | IL | Comcast Cable | BitTorrent |
| 8 | 24.14.56.6 | 3/28/2012 13:36 | Normal | IL | Comcast Cable | BitTorrent |
| 9 | 67.176.182.250 | 3/21/2012 0:17 | Bloomington | IL | Comcast Cable | BitTorrent |
| 10 | 68.57.251.202 | 4/5/2012 22:33 | Canton | IL | Comcast Cable | BitTorrent |
| 11 | 76.29.104.47 | 3/28/2012 0:29 | Macomb | IL | Comcast Cable | BitTorrent |
| 12 | 98.212.156.222 | 3/25/2012 23:06 | Champaign | IL | Comcast Cable | BitTorrent |
| 13 | 98.212.198.105 | 4/28/2012 14:59 | Urbana | IL | Comcast Cable | BitTorrent |
| 14 | 98.212.203.216 | 5/2/2012 9:16 | Champaign | IL | Comcast Cable | BitTorrent |
| 15 | 98.212.242.90 | 4/22/2012 19:56 | Danville | IL | Comcast Cable | BitTorrent |
| 16 | 98.212.244.124 | 5/13/2012 3:39 | Danville | IL | Comcast Cable | BitTorrent |
| 17 | 98.214.110.45 | 3/26/2012 23:26 | Washington | IL | Comcast Cable | BitTorrent |
| 18 | 98.214.136.217 | 4/7/2012 16:35 | Peoria | IL | Comcast Cable | BitTorrent |
| 19 | 98.214.150.125 | 5/6/2012 23:44 | Peoria | IL | Comcast Cable | BitTorrent |
| 20 | 98.214.163.149 | 5/19/2012 8:06 | Peoria | IL | Comcast Cable | BitTorrent |
| 21 | 98.214.198.165 | 5/19/2012 22:25 | East Peoria | IL | Comcast Cable | BitTorrent |

EXHIBIT A

CIL3

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 22 | 98.215.1.112 | 3/27/2012 17:51 | Urbana | IL | Comcast Cable | BitTorrent |
| 23 | 98.215.89.128 | 3/20/2012 4:12 | Bloomington | IL | Comcast Cable | BitTorrent |
| 24 | 98.222.23.55 | 5/6/2012 21:45 | Springfield | IL | Comcast Cable | BitTorrent |
| 25 | 98.222.49.213 | 4/16/2012 17:01 | Champaign | IL | Comcast Cable | BitTorrent |
| 26 | 98.222.51.25 | 4/11/2012 11:41 | Champaign | IL | Comcast Cable | BitTorrent |
| 27 | 98.228.51.126 | 4/1/2012 11:52 | Champaign | IL | Comcast Cable | BitTorrent |
| 28 | 98.228.63.225 | 5/9/2012 4:09 | Champaign | IL | Comcast Cable | BitTorrent |
| 29 | 216.227.38.60 | 4/25/2012 18:29 | Martinsville | IL | Fairpoint Communications | BitTorrent |
| 30 | 50.44.72.104 | 5/9/2012 17:09 | Bloomington | IL | Frontier Communications | BitTorrent |
| 31 | 173.23.31.133 | 5/8/2012 15:44 | Paxton | IL | Mediacom Communications Corp | BitTorrent |
| 32 | 173.29.6.158 | 5/2/2012 5:54 | Jacksonville | IL | Mediacom Communications Corp | BitTorrent |
| 33 | 50.82.169.68 | 4/24/2012 4:51 | Geneseo | IL | Mediacom Communications Corp | BitTorrent |
| 34 | 63.252.64.254 | 5/17/2012 23:31 | Urbana | IL | PaeTec Communications | BitTorrent |

EXHIBIT A

CIL3