IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MALIBU MEDIA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 12-1188 |
| | ) |
| JOHN DOES 1-34, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO RECONSIDER ORDER OF AUGUST 1, 2012 AND TO QUASH OR MODIFY SUBPOENA

NOW COMES putative Defendant JOHN DOE 21, by and through his undersigned attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, and for his Motion to Reconsider Order of August 1, 2012 [#6] and to Quash or Modify Subpoena, filed herein, states:

Pursuant to Fed. R. Civ P. 46, and the attached and incorporated Memorandum of Law in Support, putative Defendant respectfully moves for entry of an Order VACATING this Court's Order of August 1, 2012 Granting Plaintiff Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference [#6] and QUASHING or MODIFYING subpoena issued pursuant to said Order.

Dated:

JOHN DOE 21, Defendant

By: _____*s/Michael Mersot*_____
Michael Mersot
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

## CERTIFICATE OF SERVICE

I hereby certify that on **September 6, 2012**, I electronically filed this **MOTION TO RECONSIDER ORDER OF JUNE 23, 2012 AND TO QUASH OR MODIFY SUBPOENA** with the Clerk of Court using the CM/ECF system.

And I hereby certify that on **September 6, 2012,** I faxed and mailed a copy of this document by United States Postal Service to the following non-registered participant:

    Law Offices of Nicoletti & Associates, LLC
    36880 Woodward Avenue, Suite 100
    Bloomfield Hills, MI 48304

    Comcast Corporation
    Legal Demands Center
    650 Centerton Road
    Moorestown, NJ 08057

    *s/Michael J. Mersot*
    Michael J. Mersot (Illinois Bar No. 6302526)
    QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
    227 N.E. Jefferson Ave.
    Peoria, IL  61602-1211
    Telephone:  (309) 674-1133
    Facsimile:  (309) 674-6503
    E-mail: mmersot@qjhpc.com

Jo T. Wetherill  (Illinois Bar No. 6244110)
Michael J. Mersot  (Illinois Bar No. 6302526)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: jwetherill@qjhpc.com
E-mail: mmersot@qjhpc.com
I:\1\Civil\Malibu v. Does\mot reconsider order.wpd