# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 12-1188 |
| | ) | |
| JOHN DOES 1-34, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO LITIGATE UNDER PSEUDONYM

NOW COMES putative Defendant JOHN DOE 21, by and through his undersigned attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, and for his Motion to Litigate Under Pseudonym, filed herein, states:

Pursuant to Fed. R. Civ. P. 5.2(e)(1), 26(c), and the attached and incorporated Memorandum of Law in Support, putative Defendant respectfully moves for entry of an Order allowing him to litigate this or any related matter as "John Doe 21," or such other pseudonym as the Court finds appropriate, and requiring that any documents which Plaintiff may file which include Defendant's identifying information be filed, redacted or under seal until further notice of the Court, and for such other relief as is just and proper.

Dated:

JOHN DOE 21, Defendant

By: _____*s/Michael Mersot*_____
Michael Mersot
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

## CERTIFICATE OF SERVICE

I hereby certify that on **September 6, 2012**, I electronically filed this **MOTION TO LITIGATE UNDER PSEUDONYM** with the Clerk of Court using the CM/ECF system.

And I hereby certify that on **September 6, 2012,** I faxed and mailed a copy of this document by United States Postal Service to the following non-registered participant:

    Law Offices of Nicoletti & Associates, LLC
    36880 Woodward Avenue, Suite 100
    Bloomfield Hills, MI 48304

    Comcast Corporation
    Legal Demands Center
    650 Centerton Road
    Moorestown, NJ 08057

    *s/Michael J. Mersot*
    Michael J. Mersot (Illinois Bar No. 6302526)
    QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
    227 N.E. Jefferson Ave.
    Peoria, IL  61602-1211
    Telephone:  (309) 674-1133
    Facsimile:  (309) 674-6503
    E-mail: mmersot@qjhpc.com

Jo T. Wetherill  (Illinois Bar No. 6244110)
Michael J. Mersot  (Illinois Bar No. 6302526)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: jwetherill@qjhpc.com
E-mail: mmersot@qjhpc.com
I:\1\Civil\Malibu v. Does\MOTION TO LITIGATE UNDER PSEUDONYM.wpd