## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

MALIBU MEDIA, LLC,                          :
                                            :
                    Plaintiff,              :
          v.                                :          Civil Action No. 1:12-cv-01188-JES-JAG
                                            :
JOHN DOES 1-8, 10-34,                       :
                                            :
                    Defendants.             :

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE 15 AND JOHN DOE 20 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 15 and John Doe 20 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendants from this action with prejudice. John Doe 15 was assigned the IP Address 98.212.242.90 and John Doe 20 was assigned IP Address 98.214.163.149. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants John Doe 15 and John Doe 20 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated:  October____, 2012

Respectfully submitted,

By:  ___/s/ *Paul J. Nicoletti*_____
Paul J. Nicoletti
paul@nicoletti-associates.com
Law Office of Nicoletti & Associates, PLLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Phone:  248-203-7800
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Paul J. Nicoletti*
Paul J. Nicoletti