E-FILED
Thursday, 07 March, 2013 01:57:33 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-1188 |
| | ) |
| JOHN DOES 1-34, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On February 11, 2013, a Report & Recommendation was filed by Magistrate Judge John A. Gorman in the above captioned case. More than 14 days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Suffice it to say that Plaintiff has brought this litigation alleging that Defendant John Does have illegally downloaded copyrighted files from the Internet using peer-to-peer technology. After an extensive discussion of issues regarding the propriety of permissive joinder, the Magistrate Judge recommended that claims against multiple defendants be severed from the first-named remaining defendant and be dismissed without prejudice to refiling as separate actions. The Court concurs with the Magistrate Judge's recommendation.

Accordingly, the Court now adopts the Report & Recommendation [32] of the Magistrate Judge in its entirety. Remaining Defendants John Does #5, #6, #13, #21, #31, #32, #33, and #34 are DISMISSED WITHOUT PREJUDICE to refiling as separate actions, and all other pending motions are now MOOT. The matter will proceed solely against John Doe #1.

ENTERED this 6th day of March, 2013.

s/ James E. Shadid
James E. Shadid
Chief United States District Judge